Jun. 18. 2008 2:45PM   Brady, McGuire & Steinberg                 No. 9595   P. 2
Received:              Jun 18 2008 01:53pm



RECEIVED
JUN 18 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08

BRADY McGUIRE & STEINBERG, P.C.
ATTORNEYS-AT-LAW
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706
TELEPHONE NOS. (914) 478-5735 OR (914) 478-1993
TELECOPY NO. (914) 478-4142
EMAIL bms.law@verizon.net
Direct EMAIL james.steinberg4@verizon.net

MATTHEW G. McGUIRE
JAMES M. STEINBERG*

ROBERT D. BRADY
OF COUNSEL

*ADMITTED IN NEW YORK AND NEW JERSEY

June 18, 2008

Via Facsimile Only

The Honorable Sidney H. Stein
United States District Court
500 Pearl Street
New York, New York 10007-1312

MEMO ENDORSED

Re: The Annuity, Welfare and Apprenticeship Skill Improvement &
Safety Funds of I.U.O.E. Local 15 v. Southern Services Group, Inc.
Civil Case No. 08-CIV-3986 (SHS)

Dear Judge Stein:

Our office represents the Plaintiffs in the above-captioned matter which is currently scheduled for an initial conference on Friday, June 27, 2008 at 11:00 a.m. This action was commenced under ERISA to compel an audit of the Defendant's payroll records and the payment of any scheduled deficiency that is identified after the audit is completed. Upon being served with the Summons and Complaint, a representative for the Defendant contacted the auditor and the audit is now scheduled for July 1, 2008. At this time, we are respectfully requesting that the initial conference be adjourned for a period of thirty (30) days so that the audit can be completed, the report issued and any scheduled deficiency paid by the Defendant without further assistance from the Court. The relief sought herein has not previously been requested and the Defendant has no objection to this request.

Thank you for your attention to this matter.

Respectfully submitted,

James M. Steinberg (JS-3515)

Cc: Mr. Joe Damadio (Southern Service Group, Inc.)
Mr. Patrick J. Keenan

*The Conference is adjourned to July 25, 2008, at 11:00 a.m. No adjournments.*

SO ORDERED 6/18/08

SIDNEY H. STEIN
U.S.D.J.