USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

THE ANNUITY, WELFARE AND : 08 Civ. 3986 (SHS)
APPRENTICESHIP SKILL, *ETC.*, *ET AL.*,
:
Plaintiffs,
:
-against- ORDER
:
SOUTHERN SERVICES GROUP, INC.,
:
Defendant.
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A pretrial conference having been held today, with counsel for plaintiffs participating by telephone, and no appearance on behalf of defendant,

IT IS HEREBY ORDERED that:

1. Plaintiffs' motion for a default judgment shall be served and filed on or before August 15, 2008; and

2. The return date for the motion shall be September 5, 2008, and there will be a pretrial conference on that day at 10:00 a.m.

Dated: New York, New York
July 25, 2008

SO ORDERED:

Sidney H. Stein, U.S.D.J.