UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
THE ANNUITY, WELFARE and APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO, by its TRUSTEES
JAMES T. CALLAHAN, WILLIAM H. HARDING,
FRANCIS P. DIMENNA and ROBERT SHAW, and JOHN and
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE and    08-CIV-3986 (SHS)
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

                                                    Plaintiffs,

     -against-

SOUTHERN SERVICES GROUP, INC.,

                                                Defendant.
-----------------------------------------------------------------------X

### CERTIFICATE OF SERVICE

     I, James M. Steinberg, hereby certify under penalty of perjury that on August 15, 2008, I served *via* regular U.S. Mail, the Defendant whose addresses appear below, with a copy of the enclosed Application for a Default Judgment

SOUTHERN SERVICES GROUP, INC.
15 Ware Road
Upper Saddle River, New Jersey 07458

SOUTHERN SERVICES GROUP, INC.
P.O. Box 150
Ramsey, New Jersey 07446

                                                                 James M. Steinberg, Esq. (JS-3515)