UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
THE ANNUITY, WELFARE and APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO, by its TRUSTEES
JAMES T. CALLAHAN, ROBERT SHAW, RUSSELL
SHAW and CHRISTOPHER WARD, and JOHN and
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

**REQUEST TO
CLERK FOR
ENTRY OF DEFAULT**

08-CIV-3986 (SHS)

Plaintiffs,

-against-

SOUTHERN SERVICES GROUP, INC.,

Defendant.
----------------------------------------------------------------X

TO:   J. MICHAEL McMAHON, Clerk of the United States District
      Court for the Southern District of New York

Please enter the default of Defendant SOUTHERN SERVICES GROUP, INC. CONTRACTORS, INC. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for their failure to plead or otherwise defend the above-entitled action as fully appears from the court file herein and from the attached Affidavit of James M. Steinberg, sworn to on August 13, 2008.

Dated: Hastings-on-Hudson, New York
       August 13, 2008

                                        BRADY McGUIRE & STEINBERG, P.C.

                                        By: _____
                                        James M. Steinberg (JS-3515)
                                        Attorneys for Plaintiffs
                                        603 Warburton Avenue
                                        Hastings-on-Hudson, New York 10706
                                        (914) 478-4293

TO:   SOUTHERN SERVICES GROUP, INC.
      15 Ware Road
      Upper Saddle River, New Jersey 07458

      SOUTHERN SERVICES GROUP, INC.
      P.O. Box 150
      Ramsey, New Jersey 07446

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
THE ANNUITY, WELFARE and APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO, by its TRUSTEES
JAMES T. CALLAHAN, WILLIAM H. HARDING,
FRANCIS P. DIMENNA and ROBERT SHAW, and JOHN and  **CLERK'S CERTIFICATE**
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY  08-CIV-3986 (SHS)
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

                            Plaintiffs,

    -against-

SOUTHERN SERVICES GROUP, INC.,

                            Defendant.
-------------------------------------------------------------------------X

    I, J. MICHAEL McMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on April 29, 2008 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint was personally served on Defendant SOUTHERN SERVICES GROUP, INC. on May 29, 2008, by a Process Server, personal service on Carol Vogt, an Authorized Agent in the Office of the Secretary of State of the State of New York, and proof of service was filed on June 6, 2008 via the ECF System.

    I further certify that the docket entries indicate that the Defendant has not filed an answer nor otherwise moved with respect to the Complaint herein. The default of the Defendant is hereby noted.

Dated: New York, New York
        August 14, 2008

                                              J. MICHAEL McMAHON
                                              Clerk of the Court

                            By: _____
                                         Deputy Clerk